# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00926-LJO-SAB<br><br>ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

On August 16, 2018, the parties filed a request to continue the scheduling conference in this matter for approximately thirty days to allow Plaintiff to file an amended complaint. The Court finds that the parties have set forth good cause for their request.

Accordingly, the request to continue the scheduling conference is HEREBY GRANTED and the scheduling conference is CONTINUED from August 28, 2018 to **October 9, 2018, at 2:30 p.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: **August 17, 2018**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1