ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

SEAN P. NALTY, SBN 121253
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Defendants JPMORGAN CHASE
BANK, N.A. (erroneously sued herein as JP
MORGAN CHASE BANK and JPMORGAN
CHASE & CO) and SEDGWICK CLAIMS
MANAGEMENT SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE,<br><br>     Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK; JPMORGAN CHASE & CO; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; and DOES 1 to 10,<br><br>     Defendant. | Case No. 1:18-cv-00926-LJO-SAB<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING BINDING ARBITRATION** |

Plaintiff DAVID MOORE ("Plaintiff") and Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued herein as JP MORGAN CHASE BANK and JPMORGAN CHASE & CO) ("Chase") and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. ("Sedgwick") (Chase and Sedgwick are collectively referred to as "Defendants"; Plaintiff and Defendants are

collectively referred to as the "Parties"), through their respective counsel of record, do hereby stipulate that this action be STAYED with respect to all claims, causes of action, and parties, pending completion of binding arbitration in accordance with the terms of the Binding Arbitration Agreement ("Arbitration Agreement") entered into between Plaintiff and Chase.

1. The Parties agree to binding arbitration of all claims in the Complaint in a single arbitration.

2. Plaintiff shall submit a claim for arbitration to the American Arbitration Association ("AAA"), or to such other mutually acceptable arbitrator agreed to by the parties, as provided in the Arbitration Agreement.

3. All ordinary and reasonable administrative expenses of the arbitration, including fees for a single arbitrator, hearing room expenses, travel expenses of the arbitrator, the AAA representatives (if applicable), and any witnesses produced at the arbitrator's specific request and not otherwise called by a Party, will be paid completely by Chase. The fees and expenses of any witness, expert, consultant, interpreter and others retained and consulted by a Party shall be paid by the Party requiring the presence of such persons, subject to applicable law.

4. All proceedings in this Court shall be and are hereby stayed pending binding arbitration.

5. This Court shall retain jurisdiction over this action pending completion of the arbitration, including for purposes of confirming any potential arbitration award and to enter judgment, if any, as necessary.

**IT IS SO STIPULATED**.


DATED: October 2, 2018		LYON LAW PC


		By: */s/ Geoffrey C. Lyon*
			Geoffrey C. Lyon

			Attorney for Plaintiff
			DAVID MOORE

DATED: October 2, 2018          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Anthony J. DeCristoforo*
Anthony J. DeCristoforo
Sean P. Nalty
Paul M. Smith

Attorneys for Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued herein as JP MORGAN CHASE BANK and JPMORGAN CHASE & CO) and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED: October 2, 2018          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Anthony J. DeCristoforo*
Anthony J. DeCristoforo
Sean P. Nalty
Paul M. Smith

Attorneys for Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued herein as JP MORGAN CHASE BANK and JPMORGAN CHASE & CO) and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

**ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED THAT:

1. The Stipulation of the parties to STAY this case pending binding arbitration is GRANTED;
2. The matter is hereby STAYED pending binding arbitration;
3. All pending dates and matters are VACATED; and
4. The parties shall file a joint status report every ninety (90) days notifying the court of the status of the arbitration.

IT IS SO ORDERED.

Dated: __**October 2, 2018**__   _____
UNITED STATES MAGISTRATE JUDGE

18cv00926.o.staying.action.Moore.LJO