# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE, | Case No. 1:18-cv-00926-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO SUBMIT A JOINT STATUS REPORT WITHIN TEN DAYS |
| v. | |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

This matter was removed to the Eastern District of California on July 6, 2019. On October 3, 2018, an order issued staying this action for the parties to participate in arbitration. (ECF No. 13.) Pursuant to the October 3, 2018 order, the parties are to be filing joint status reports every ninety days. (Id.) The parties have not been complying with the October 3, 2018 order.

In this matter status reports were filed on January 2, 2019 and July 29, 2019. (ECF Nos. 14, 15.) According to the July 29, 2019 status report, the arbitration hearing was scheduled for November 4, 2019 through November 8, 2019. The parties shall be required to file a joint status report on this matter. Further, the parties are advised that they are to be filing joint status reports every ninety days and the failure to do so may result in the issuance of sanctions.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.     The parties shall file a joint status report in this matter within **ten (10)** days of the

1    date of entry of this order; and

2    2.      The parties shall file a joint status report every **ninety (90) days** thereafter until

3            the stay in this matter is lifted.

4

5    IT IS SO ORDERED.

6    Dated:    **November 14, 2019**

                                                UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28