# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00926-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 17) |

On November 22, 2019, the parties filed a joint status report stating that they have reached a settlement in this action. Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters in this action are VACATED;
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order; and
3. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of the action.

IT IS SO ORDERED.

Dated: __November 25, 2019__

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1