# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00926-LJO-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR FILING OF DISPOSITIVE DOCUMENTS<br><br>(ECF No. 20) |

On December 23, 2019, the parties to this action filed a stipulation for an extension of time to file dispositive documents. The Court finds good cause to grant the extension of time.

Based on the stipulation of the parties, IT IS HEREBY ORDERED that the parties shall file dispositive documents on or before January 29, 2019.

IT IS SO ORDERED.

Dated: **December 23, 2019**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1